IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MAMIE BRUCE                                                                                                          PLAINTIFF

V.                                                            CIVIL ACTION NO. 5:08CV284-DCB-JMR

GLENBURNEY NURSING HOME;
MARGIE McCLEUR, DIRECTOR
OF NURSING; CENTENNIAL HEALTHCARE
CORPORATION; CENTENNIAL HEALTHCARE
HOLDING CORPORATION, LLC; GLENBURNEY
HEALTHCARE, LLC AND JOHN DOES 1-10                                          DEFENDANTS

### AGREED JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

THIS CAUSE having come before the Court this day upon joint motion *ore tenus* of the Plaintiff and Defendant, Centennial HealthCare Holding Company, LLC (incorrectly named Centennial HealthCare Holding Corporation, LLC in the Complaint, second Complaint and the First Amended Complaint filed by plaintiff), for a dismissal, without prejudice, and the Court, being fully advised that the Plaintiff has consented and agreed to a dismissal, without prejudice, of her complaint against Centennial HealthCare Holding Company, LLC in the above-styled and numbered cause, finds that said Motion is well taken and all such claims should be dismissed without prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above-styled and numbered cause be and it is hereby dismissed, without prejudice, as to Centennial HealthCare Holding Company, LLC.

                                                    s/ David Bramlette
                                    UNITED STATES DISTRICT COURT JUDGE

                                    November 19, 2008

AGREED AND APPROVED:


 /s/Andrew Neely
ANDREW NEELY, ESQUIRE
Attorney for Plaintiff


 /s/Lisa Williams McKay
LISA WILLIAMS McKAY, ESQUIRE
Attorney for Defendant,
Centennial Healthcare Corporation