IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MAMIE BRUCE                                                                        PLAINTIFF


V.                                                     CIVIL ACTION NO. 5:08CV284-DCB-JMR


GLENBURNEY NURSING HOME;
MARGIE McCLEUR, DIRECTOR
OF NURSING; CENTENNIAL HEALTHCARE
CORPORATION; CENTENNIAL HEALTHCARE
HOLDING CORPORATION, LLC; GLENBURNEY
HEALTHCARE, LLC AND JOHN DOES 1-10                                    DEFENDANTS

---

## AGREED JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

---

THIS CAUSE having come before the Court this day upon joint motion *ore tenus* of the

Plaintiff and Defendant, Centennial Healthcare Corporation, for a dismissal, without prejudice, and

the Court, being fully advised that the Plaintiff has consented and agreed to a dismissal, without

prejudice, of her complaint against Centennial Healthcare Corporation in the above-styled and

numbered cause, finds that said Motion is well taken and all such claims should be dismissed

without prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above-styled and numbered

cause be and it is hereby dismissed, without prejudice, as to Centennial Healthcare Corporation.


         ___s/ David Bramlette_____
         UNITED STATES DISTRICT COURT JUDGE

           November 21, 2008

AGREED AND APPROVED:


 /s/Andrew Neely
ANDREW NEELY, ESQUIRE
Attorney for Plaintiff


 /s/Lisa Williams McKay
LISA WILLIAMS McKAY, ESQUIRE
Attorney for Defendant,
Centennial Healthcare Corporation