IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MAMIE BRUCE            PLAINTIFF

V.            CIVIL ACTION NO. 5:08CV284-DCB-JMR

GLENBURNEY NURSING HOME;
MARGIE McCLEUR, DIRECTOR
OF NURSING; GLENBURNEY
HEALTHCARE, LLC AND JOHN DOES 1-10            DEFENDANTS

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court this day on joint motion of the plaintiff and the defendants for a dismissal with prejudice, and, it having been made known to the Court that the plaintiff and defendants have compromised and settled the claims made in the above-styled and numbered cause and that the plaintiff has received full accord and satisfaction for all of his claims against the defendants, the Court finds that said motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the above-styled and numbered cause be, and it is hereby dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 8th day of February, 2010.

           s/David Bramlette
           UNITED STATES DISTRICT COURT JUDGE

AGREED TO:

s/Andrew Neely
ANDREW NEELY, ESQUIRE
Attorney for Plaintiff


s/Lisa Williams McKay
LISA WILLIAMS McKAY, ESQUIRE
Attorney for Defendants